Case 08-71572   Doc 34   Filed 01/09/09   Entered 01/09/09 11:04:11   Desc Main
Document    Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL COMINGORE  
137 E. WILLOW AVENUE  
WOODSTOCK, IL  60098

SSN-xxx-xx-8840

Case Number: 08-71572

Case filed on: 5/20/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $330.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 307.23 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 307.23 | 0.00 |
| 999 | MICHAEL COMINGORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 4,346.78 | 4,346.78 | 0.00 | 0.00 |
| 002 | ILLINOIS TITLE LOAN | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| 003 | PHH MORTGAGE CORP SERVICE CENTER | 24,402.15 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 30,648.93 | 6,246.78 | 0.00 | 0.00 |
| 004 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MCHENRY COUNTY ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO-MEDCLR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MERCY HEALTH SYSTEM | 887.90 | 887.90 | 0.00 | 0.00 |
| 009 | AAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN COLLECTION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 1,480.99 | 1,480.99 | 0.00 | 0.00 |
| 013 | ASSET ACCEPTANCE CORP | 1,318.08 | 1,318.08 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,131.28 | 1,131.28 | 0.00 | 0.00 |
| 015 | DONALD R BREWER | 50,000.00 | 50,000.00 | 0.00 | 0.00 |
|  | Total Unsecured | 54,818.25 | 54,818.25 | 0.00 | 0.00 |
|  | Grand Total: | 88,967.18 | 64,565.03 | 307.23 | 0.00 |

Total Paid Claimant:     $307.23  
Trustee Allowance:       $22.77  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan